No. 01–1018. PONDEROSA DAIRY ET AL. *v.* LYONS, SECRETARY, CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, ET AL. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–524. PRICE, WARDEN *v.* VINCENT. C. A. 6th Cir. [Certiorari granted *sub nom. Jones* v. *Vincent,* 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–575. NIKE, INC., ET AL. *v.* KASKY. Sup. Ct. Cal. [Certiorari granted, 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–679. DESERT PALACE, INC., DBA CAESARS PALACE HOTEL & CASINO *v.* COSTA. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–722. AMERICAN INSURANCE ASSN. ET AL. *v.* GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA. C. A. 9th Cir. [Certiorari granted *sub nom. American Ins. Assn.* v. *Low,* 537 U. S. 1100.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–241. GRUTTER *v.* BOLLINGER ET AL. C. A. 6th Cir. [Certiorari granted, 537 U. S. 1043]; and

No. 02–516. GRATZ ET AL. *v.* BOLLINGER ET AL. C. A. 6th Cir. [Certiorari granted, 537 U. S. 1044.] Motions of BP America Inc. and MTV Networks for leave to file briefs as *amici curiae* out of time denied.

No. 02–1007. DUKE UNIVERSITY *v.* MADEY. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–8064. GOBBI *v.* GOBBI. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [537 U. S. 1186] denied.

No. 02–9445. IN RE SEATON. Motion of petitioner for leave to proceed *in forma* pauperis denied, and petition for writ of

habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 02–9579. IN RE STEELE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 00–1295. COMMUNITY HEALTH PARTNERS, INC., ET AL. *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–700. TURTLE ISLAND RESTORATION NETWORK ET AL. *v.* EVANS, SECRETARY OF COMMERCE, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–846. MAZARES *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 02–871. AMIR *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 02–1091. COALITION FOR FAIR AND EQUITABLE REGULATION OF DOCKS ON LAKE OF THE OZARKS *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 02–1125. COELHO *v.* CITY OF ANGELS CAMP ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1129. CUNNINGHAM *v.* GATES ET AL. C. A. 9th Cir. Certiorari denied.